IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY <br><br> Plaintiff, <br><br> vs. <br><br> LILLIAN BARRETO, ET AL. <br><br> Defendants | Case No. 5:11-CV-00840 <br><br> JUDGE PATRICIA A. GAUGHAN <br><br> UNOPPOSED MOTION FOR LEAVE TO INTERPLEAD FUNDS AND FOR DISCHARGE AND DISMISSAL |

NOW COMES Plaintiff, Metropolitan Life Insurance Company ("MetLife"), by and through its counsel, pursuant to Fed. R. Civ. P. 67 and N.D. Ohio Civ. R. 67.1, and hereby moves this Court for an order authorizing it to deposit the group life insurance benefits at issue in this interpleader, payable under the General Motors Life and Disability Benefits Program (hereinafter "the Plan") as a result of the death of Terry W. Dalton (the "Decedent"), in the amount of One Hundred Forty Six Thousand Five Hundred Dollars ($146,500) (hereinafter referred to as the "Plan Benefits"), plus any applicable interest payable, into the registry of the Court and to thereupon be dismissed from this action with prejudice.

In support of this Motion, MetLife says that: (1) MetLife funded certain group life insurance benefits payable under the Plan; (2) at the time of his death, the Decedent was enrolled under the Plan for life insurance coverage in the total amount of One Hundred Forty Six Thousand Five Hundred Dollars ($146,500); (3) as a result of the death of the Decedent, the Plan Benefits, plus any applicable interest, became payable under the Plan; (4) Defendants Deborah Abbe and Lillian Barreto asserted competing claims to the Plan Benefits; (5) as a result of an

{M0262395.1}